UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| In re: § <br> § <br> WOODS, JAMES §    Case No. 08-15554 SPS <br> § <br>             Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                       Kenneth S. Gardner
                       219 S. Dearborn Street
                       7th Floor
                       Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/22/2010 in Courtroom 642,
                       United States Courthouse
                       219 S. Dearborn Street
                       Chicago, Illinois  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/18/2010                       By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
WOODS, JAMES § Case No. 08-15554 SPS
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 9,707.26 |
| *and approved disbursements of* | $ | 337.00 |
| *leaving a balance on hand of*[1] | $ | 9,370.26 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Frances Gecker | $ 1,720.71 | $ 0.00 |
| Attorney for trustee: FRANK/GECKER LLP | $ 2,157.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,718.50 | $ 13.65 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,620.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chicago Patrolmens Fed. Credit Union | $ 12,643.65 | $ 825.03 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Chicago Patrolmens Fed. Credit Union | $ 500.00 | $ 32.63 |
| 000003 | Chicago Patrolmens Fed. Credit Union | $ 14,782.70 | $ 964.60 |
| 000004 | Chicago Patrolmens Fed. Credit Union | $ 482.53 | $ 31.49 |
| 000005 | Chase Bank USA, NA | $ 3,181.00 | $ 207.57 |
| 000006 | American Express Centurion Bank | $ 6,188.16 | $ 403.79 |
| 000007 | PYOD LLC as assignee of Citibank | $ 6,264.71 | $ 408.78 |
| 000008 | PYOD LLC ias assignee of Citibank | $ 5,146.22 | $ 335.80 |
| 000009 | Recovery Management Systems Corporation | $ 8,432.02 | $ 550.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (9/1/2009) *(Page: 4)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rmarola               Page 1 of 1                  Date Rcvd: May 19, 2010
Case: 08-15554                 Form ID: pdf006             Total Noticed: 27

The following entities were noticed by first class mail on May 21, 2010.
db          +James Woods,    3457 West 76th Street,    Chicago, IL 60652-1404
aty         +Michael B Dedio,    12757 South Western Avenue,    Suite 101,    Blue Island, IL 60406-3813
aty         +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60654-6465
12714820     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12335046    +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
12552841    +Burke Constanza & Cuppy LLP,    9191 Broadway,    Merrillville IN 46410-7043
12335057   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual Fa,      Po Box 1093,    Northridge, CA  91328)
12650161     Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12335047    +Chase/cc,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5841
12335049    +Chicago Patrolmans Fcu,    1359 W Washington,    Chicago, IL 60607-1905
12335048    +Chicago Patrolmans Fcu,    1359 W Washington Blvd,    Chicago, IL 60607-1905
12606297    +Chicago Patrolmens Fed. Credit Union,     c/o Walinksi & Trunkett, P.C.,
              25 East Washington Street, Suite 1221,     Chicago, IL 60602-1875
12335050    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12335051    +Country Wide Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
12689068     Dept of Water Management,    Chicago IL 60680-6330
12335052    +G M A C,   15303 S 94th Ave,    Orland Park, IL 60462-3825
12552840    +Lake Circuit Court,    2293 North Main St,    Crown Point IN 46307-1854
12335045     Michael B Dedio,    60406-2155
12335054    +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
12335055    +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
12335056     Visa,    P.O. Box 4521,    Carol Stream, IL  60197-4521
12335044    +Woods James,    3457 West 76th Street,    Chicago, IL 60652-1404

The following entities were noticed by electronic transmission on May 19, 2010.
tr          +E-mail/Text: csmith@fgllp.com                                    Frances Gecker,    325 North LaSalle Street,
              Suite 625,    Chicago, IL 60654-6465
12689069    +E-mail/Text: legalcollections@comed.com                           ComEd Company,
              Attn Revenue Management Dept,     2100 Swift Drive,    Oak Brook IL 60523-1559
12335053    +E-mail/PDF: gecsedi@recoverycorp.com May 20 2010 00:18:50      Gemb/tweeter,    Po Box 981439,
              El Paso, TX 79998-1439
12810139     E-mail/Text: resurgentbknotifications@resurgent.com
              PYOD LLC its successors and assigns as assignee of,     Citibank,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12818775    +E-mail/PDF: rmscedi@recoverycorp.com May 20 2010 00:19:00
              Recovery Management Systems Corporation,     For GE Money Bank,    dba TWEETER NEW ENGLAND/GEMB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2010**               **Signature:** _Joseph Speetjens_