UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
WOODS, JAMES § Case No. 08-15554
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Burke Costanza & Cupp LLP<br>9191 Broadway<br>Merriville, IN  46410 | | | | | |
| ComEd<br>440 S. LaSalle St.<br>Chicago, IL  60605 | | | | | |
| Dept. of Water Management<br>P.O. Box<br>Chicago, IL  60680 | | | | | |
| Dept. of Water Management<br>P.O. Box<br>Chicago, IL  60680 | | | | | |
| Dept. of Water Management<br>P.O. Box<br>Chicago, IL  60680 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dept. of Water Management<br>P.O. Box<br>Chicago, IL  60680 | | | | | |
| Lake Circuit Court<br>2293 N. Main Street<br>Crown Point, IN  46307 | | | | | |
| Peoples Energy | | | | | |
| Peoples Energy | | | | | |
| Visa | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CHASE BANK USA, NA | | | | | |
| CHICAGO PATROLMENS FED. CREDIT UNIO | | | | | |
| CHICAGO PATROLMENS FED. CREDIT UNIO | | | | | |
| CHICAGO PATROLMENS FED. CREDIT UNIO | | | | | |
| CHICAGO PATROLMENS FED. CREDIT UNIO | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-15554 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | WOODS, JAMES | | | Date Filed (f) or Converted (c): | 06/17/08 (f) |
| | | | | 341(a) Meeting Date: | 07/14/08 |
| For Period Ending: | 10/18/10 | | | Claims Bar Date: | 12/11/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.26 | Unknown |
| 2. Single Family Home 11738 South Prairie Street Chic | 125,000.00 | 14,600.00 | DA | 0.00 | FA |
| 3. Single Family Home 3923 West 83 rd Street Chicago, | 295,000.00 | 41,754.00 | DA | 0.00 | FA |
| 4. Two Unit Apartment Building 7115 South Washtenaw A | 256,214.00 | 1,214.00 | DA | 8,847.00 | FA |
| 5. Two Unit Apartment Building 5610 South Winchester | 280,000.00 | 5,000.00 | DA | 854.00 | FA |
| 6. Checking Account Chicago Patrolman's Credit Union | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 7. Clothes for Work and Recreation | 500.00 | 500.00 | DA | 0.00 | FA |
| 8. Deferred Comp Account through Employment | 8,000.00 | 8,000.00 | DA | 0.00 | FA |
| 9. 2005 Ford Mustang Automobile | 15,000.00 | 15,000.00 | DA | 0.00 | FA |
| 10. 2008 Cadillac Escalade | 0.00 | 0.00 | DA | 0.00 | FA |

TOTALS (Excluding Unknown Values)        $981,714.00        $88,068.00                $9,707.26

Gross Value of Remaining Assets        $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

Ver: 16.00a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 08-15554  SPS  Judge: Susan Pierson Sonderby | Trustee Name: Frances Gecker |
| Case Name: WOODS, JAMES | Date Filed (f) or Converted (c): 06/17/08 (f) |
| | 341(a) Meeting Date: 07/14/08 |
| | Claims Bar Date: 12/11/08 |

A final account has been submitted to the U.S.Trustee for review.

Initial Projected Date of Final Report (TFR): 04/01/10     Current Projected Date of Final Report (TFR): 04/01/10

/s/   Frances Gecker
_____   Date: 10/19/10
      FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-15554 -SPS | | Trustee Name: | Frances Gecker |
| Case Name: | WOODS, JAMES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5191  MONEY MARKET |
| Taxpayer ID No: | 35-6791912 | | | |
| For Period Ending: | 10/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/09/08 | 5 | The Chicago Housing Choice Voucher Progr<br>Harris Central N.A.<br>Roselle, IL | Rent Checks | 1122-000 | 854.00 | | 854.00 |
| 09/09/08 | 4 | CHAC<br>Chicago Housing Choice Voucher Prog.<br>Harris Central, N.A.<br>Roselle, IL | Rent Payment | 1122-000 | 2,949.00 | | 3,803.00 |
| 09/09/08 | 4 | CHAC<br>The Chicago Housing Choice Voucher Prog<br>Harris Central N.A.<br>Roselle, IL | Rent Payment | 1122-000 | 2,949.00 | | 6,752.00 |
| 09/09/08 | 4 | CHAC<br>The Chicago Housing Choice Voucher Prog<br>Harris Central N.A.<br>Roselle, IL | Rent Payment | 1122-000 | 2,949.00 | | 9,701.00 |
| 09/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.63 | | 9,701.63 |
| 10/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.94 | | 9,702.57 |
| 11/28/08 | 1 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.79 | | 9,703.36 |
| 12/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.49 | | 9,703.85 |

Page Subtotals        9,703.85        0.00

Ver: 16.00a

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-15554 -SPS | | Trustee Name: | Frances Gecker |
| Case Name: | WOODS, JAMES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5191  MONEY MARKET |
| Taxpayer ID No: | 35-6791912 | | | |
| For Period Ending: | 10/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,703.93 |
| 02/27/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,704.00 |
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,704.09 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 9,704.30 |
| 05/29/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,704.54 |
| 06/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,704.79 |
| 07/01/09 | 001000 | DEPARTMENT OF THE TREASURY | 2008 - 1041 - 35-6791912 | 2810-000 | | 78.00 | 9,626.79 |
| 07/01/09 | 001001 | ILLINOIS DEPARTMENT OF REVENUE | 35-6791912 - 2008 Form 1041 | 2820-000 | | 259.00 | 9,367.79 |
| 07/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,368.03 |
| 08/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,368.27 |
| 09/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,368.50 |
| 10/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,368.73 |
| 11/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,368.97 |
| 12/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,369.21 |

Page Subtotals  2.36  337.00

Ver: 16.00a

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-15554 -SPS | | Trustee Name: | Frances Gecker |
| Case Name: | WOODS, JAMES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5191 MONEY MARKET |
| Taxpayer ID No: | 35-6791912 | | | |
| For Period Ending: | 10/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,369.44 |
| 02/26/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.22 | | 9,369.66 |
| 03/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,369.90 |
| 04/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,370.13 |
| 05/18/10 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 9,370.26 |
| 05/18/10 | | Transfer to Acct #*******5667 | Final Posting Transfer | 9999-000 | | 9,370.26 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 9,707.26 | 9,707.26 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 9,370.26 | |
| Subtotal | | 9,707.26 | 337.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 9,707.26 | 337.00 | |

Page Subtotals           1.05        9,370.26

Ver: 16.00a

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-15554 -SPS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | WOODS, JAMES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5667  GENERAL CHECKING |
| Taxpayer ID No: | 35-6791912 | | | |
| For Period Ending: | 10/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/10 | | Transfer from Acct #*******5191 | Transfer In From MMA Account | 9999-000 | 9,370.26 | | 9,370.26 |
| 06/25/10 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,720.71 | 7,649.55 |
| 06/25/10 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,157.50 | 5,492.05 |
| 06/25/10 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other<br><br>Fees          1,718.50<br>Expenses         13.65 | <br><br><br>3410-000<br>3420-000 | | 1,732.15 | 3,759.90 |
| 06/25/10 | 001003 | Chicago Patrolmens Fed. Credit Union<br>c/o Walinksi & Trunkett, P.C.<br>25 East Washington Street, Suite 1221<br>Chicago, IL 60602 | Claim 000001, Payment 7% | 7100-000 | | 825.03 | 2,934.87 |
| 06/25/10 | 001004 | Chicago Patrolmens Fed. Credit Union<br>c/o Walinksi & Trunkett, P.C.<br>25 East Washington Street, Suite 1221 | Claim 000002, Payment 7% | 7100-000 | | 32.63 | 2,902.24 |

Page Subtotals          9,370.26          6,468.02

Ver: 16.00a

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-15554 -SPS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | WOODS, JAMES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5667  GENERAL CHECKING |
| Taxpayer ID No: | 35-6791912 | | | |
| For Period Ending: | 10/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | | | | | |
| 06/25/10 | 001005 | Chicago Patrolmens Fed. Credit Union<br>c/o Walinksi & Trunkett, P.C.<br>25 East Washington Street, Suite 1221<br>Chicago, IL 60602 | Claim 000003, Payment 7% | 7100-000 | | 964.60 | 1,937.64 |
| 06/25/10 | 001006 | Chicago Patrolmens Fed. Credit Union<br>c/o Walinksi & Trunkett, P.C.<br>25 East Washington Street, Suite 1221<br>Chicago, IL 60602 | Claim 000004, Payment 7% | 7100-000 | | 31.49 | 1,906.15 |
| 06/25/10 | 001007 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 7% | 7100-000 | | 207.57 | 1,698.58 |
| 06/25/10 | 001008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000006, Payment 7% | 7100-000 | | 403.79 | 1,294.79 |
| 06/25/10 | 001009 | PYOD LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000007, Payment 7% | 7100-000 | | 408.78 | 886.01 |
| 06/25/10 | 001010 | PYOD LLC ias assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587 | Claim 000008, Payment 7% | 7100-000 | | 335.80 | 550.21 |

Page Subtotals        0.00        2,352.03

Ver: 16.00a

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-15554 -SPS | | Trustee Name: | Frances Gecker |
| Case Name: | WOODS, JAMES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5667  GENERAL CHECKING |
| Taxpayer ID No: | 35-6791912 | | | |
| For Period Ending: | 10/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Greenville, SC 29603-0587 | | | | | |
| 06/25/10 | 001011 | Recovery Management Systems Corporation For GE Money Bank dba TWEETER NEW ENGLAND/GEMB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000009, Payment 7% | 7100-000 | | 550.21 | 0.00 |
| * 08/23/10 | | Illinois Department of Revenue Tax Refund | TAX REFUNDS | 1224-003 | 263.00 | | 263.00 |
| * 08/23/10 | | Illinois Department of Revenue Tax Refund | TAX REFUNDS Deposit was error. Trustee has returned check to Illinois Department of Revenue.  All fund have been previously disbursed and this tax refund will not be deposited into checking account. | 1224-003 | -263.00 | | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | | 9,370.26 | 9,370.26 | 0.00 |
| Less:  Bank Transfers/CD's | | 9,370.26 | 0.00 | |
| Subtotal | | 0.00 | 9,370.26 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 9,370.26 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5191 | 9,707.26 | 337.00 | 0.00 |
| GENERAL CHECKING - ********5667 | 0.00 | 9,370.26 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 9,707.26 | 9,707.26 | 0.00 |
| | ============ | ============ | ============ |

Page Subtotals        0.00        550.21

Ver: 16.00a

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-15554 -SPS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | WOODS, JAMES | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5667  GENERAL CHECKING |
| Taxpayer ID No: | 35-6791912 | | | |
| For Period Ending: | 10/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: __/s/   Frances Gecker_____ Date: _____
FRANCES GECKER

Page Subtotals         0.00         0.00

Ver: 16.00a